

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 10/27/11
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TONY M. BANKS,<br>    Petitioner | CIVIL ACTION<br>SECTION "P"<br>1:09-CV-02101 |
| VERSUS | |
| WARDEN, LOUISIANA STATE<br>PENITENTIARY,<br>    Respondent | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

**consolidated with**

| | |
|---|---|
| TYRONE BANKS,<br>    Petitioner | CIVIL ACTION<br>SECTION "P"<br>1:09-CV-02106 |
| VERSUS | |
| WARDEN, LOUISIANA STATE<br>PENITENTIARY,<br>    Respondent | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Tony Banks' and Tyrone Banks' petitions for writs of habeas corpus are GRANTED and that conditional writs of habeas corpus SHALL ISSUE ordering their discharge from custody unless the State of Louisiana returns them to the 7th Judicial District Court, Concordia Parish, Louisiana, for re-arraignment within 60 days after the date of this Court's judgment.

IT IS FURTHER ORDERED that the Federal Public Defender is appointed to represent Anthony Hawkins and Stanton Easley,

individually, to determine whether they are entitled to some type of post-conviction relief which raises the grounds discussed in the above-captioned case.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 27th day of October, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 10-27-11
BY: gbc
TO: USPO-via email